388 P.3d 47

**STATE of Hawai'i, Plaintiff–Appellee,**

v.

**Rachel P. CORREIA, Defendant–Appellant**

**NO. CAAP–15–0000293**

Intermediate Court of Appeals of Hawai'i.

OCTOBER 28, 2016

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CRIMINAL NO. 14–1–1260)

SUMMARY DISPOSITION ORDER

Affirmed.

388 P.3d 47

**AS, Petitioner-Appellee,**

v.

**CL, Respondent-Appellant**

**NO. CAAP-13-0005068**

Intermediate Court of Appeals of Hawai'i.

NOVEMBER 18, 2016

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT (FC-M NO. 13-1-0004)

SUMMARY DISPOSITION ORDER

Affirm.

388 P.3d 47

**JAMES B. NUTTER & COMPANY, Plaintiff–Appellant/Cross–Appellee,**

v.

**Faustino Dasalla DOMINGO, Defendant–Appellee/Cross–Appellant,**

and

**Secretary of Housing And Urban Development, Hawaiian Paradise Park Owners Association, Defendants–Appellees**

and

**John Does 1–10, Jane Does 1–10, Doe Partnerships 1–10, Doe Corporations 1–10, Doe Entities 1–10, and Doe Governmental Units 1–10, Defendants**

**N O. CAAP–15–0000659**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
October 11, 2016.

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT (CIVIL NO. 12–1–0226)

SUMMARY DISPOSITION ORDER

Affirmed.

388 P.3d 47

**STATE of Hawai'i, Plaintiff–Appellee,**

v.

**Kevin S. MURAKAMI, Defendant–Appellant**

**NO. CAAP–14–0000735**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
October 17, 2016.

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT,